IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| ERICKA PENALOZA, as Next Friend of YURITZI PENALOZA, a Minor Surviving Daughter and Wrongful Death Beneficiary of the Estate of REYES C. ESTRADA, JR., a/k/a LINDBERG ZARCO, Deceased, *<br><br>         Plaintiff,<br><br>vs.<br><br>SWEED MACHINERY, INC. and Its Successors in Interest of JEDDELOH BROTHERS MILLS, INC., and JOHN DOE COMPONENT PART MANUFACTURER/SUPPLIER; RAUTE WOOD, INC.; L&H TECHNOLOGIES, INC; BOSCH REXROTH CORPORATION; MTS SYSTEMS CORPORATION; MILLER FLUID POWER CORPORATION; and JOHN DOE SAFETY CONSULTANT/ MAINTENANCE TRAINING SERVICES,<br><br>         Defendants. | CIVIL ACTION FILE<br>NO.:  3:05-CV-14(CAR) |

## **CONSENT ORDER DISMISSING DEFENDANT MTS SYSTEMS CORPORATION AND DEFENDANT RAUTE WOOD, INC. WITHOUT PREJUDICE**

Plaintiff and Defendants, through their respective counsel, have agreed that Defendant MTS Systems Corporation and Defendant Raute Wood, Inc. may be dismissed from this action without prejudice.

Based on the foregoing, and for good cause shown, IT IS HEREBY ORDERED that Defendant MTS SYSTEMS CORPORATION and

-1-

Defendant RAUTE WOOD, INC. and all claims against such Defendants are dismissed from this action without prejudice.

This 29th day of September, 2005.

s/ Judge C. Ashley Royal
Honorable C. Ashley Royal
Judge, United States District Court
Middle District of Georgia

Order prepared by:

**MABRY & McCLELLAND, LLP**

s/ James W. Scarbrough
Walter B. McClelland
Georgia Bar No. 483500
James W. Scarbrough
Georgia Bar No. 628328
Attorneys for Defendant
U. S. Personnel X, L.P.

Consented to by:

s/ Jorge Luis Flores
Gil P. Peralez
State Bar No. 00791426
**THE PERALEZ LAW FIRM, LLP**
Jorge Luis Flores
Georgia Bar No. 256056
**THE LAW OFFICE OF JORGE LUIS FLORES**
Attorneys for Plaintiff

s/ G. Randall Moody
G. Randall Moody
Georgia Bar No. 517702
Brent M. Estes 250605
**DREW ECKL & FARNHAM, LLP**
Attorney for Parker Hannifin Corporation as
Successor to Miller Fluid Power

s/ Marvin A. Devlin
Marvin A. Devlin
Georgia Bar No. 219969
Shuli L. Green
Georgia Bar No. 297460
**DEVLIN & ROBINSON, P.C.**
Attorneys for Bosch Rexroth


s/ Jay Lane Drew
Jay Lane Drew
Georgia Bar No. 230150
**LAW OFFICE OF JAY L. DREW**
Attorney for Sweed Machinery


s/ Michael Keith Watson
Michael Keith Watson
Georgia Bar No. 741526
**HAWKINS & PARNELL, LLP**
Attorney for Raute Wood


s/ Stephen F. Dermer
Stephen F. Dermer
Georgia Bar No. 219267
**MAGILL & ATKINSON, LLP**
Attorney for L & H Technologies, Inc.